IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Respondent, | ) | Case Nos.   CV-05-390-S-BLW |
| | ) | CR-04-156-S-BLW |
| v. | ) | |
| | ) | **JUDGMENT** |
| JESUS JIMENEZ ARELLANES, | ) | |
| | ) | |
| Defendant-Petitioner. | ) | |
| | ) | |

Based upon the Court's Order filed herewith, IT IS HEREBY ORDERED AND ADJUDGED that the Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255 (Docket No. 1 in CV-05-390-S-BLW and Docket No. 6 in CR-04-156-S-BLW) filed by JESUS JIMENEZ-ARELLANES is DENIED and Case No. CV-05-390-S-BLW is DISMISSED with prejudice.

DATED:  **August 22, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court